

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**DENNIS A. LALLI, ESQ.**
dlalli@bsk.com
P: 646-253-2312
F: 646-253-2379

December 20, 2019

**VIA ECF FILING**

Hon. Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/20
```

Re:   *Knutson v. G2 FMV, LLC, et al.*
      Docket No. 14-cv-1694 (DAB)(KNF)

Dear Judge Batts:

Bond, Schoeneck & King, PLLC ("BSK") represents the defendants in the referenced action, which was assigned to you on April 8, 2019 following the death of Judge Sweet. I write to advise the Court that I have prepared a motion on behalf of BSK pursuant to Local Rule 1.4 to withdraw as counsel and affix a retaining lien.

I write further to request an order allowing submission of my declaration in support of this motion under seal and *in camera* because this document contains attorney-client communications and other confidential information that should not be provided to the plaintiff. "[D]ocuments in support of motions to withdraw as counsel are routinely filed under seal where necessary to preserve the confidentiality of the attorney-client relationship between a party and its counsel and . . . this method is viewed favorably by the courts." *Team Obsolete Ltd. v. A.H.R.M.A. Ltd.,* 464 F.Supp.2d 163, 166 (E.D.N.Y. 2006).

Thank you for your attention to this request.

BSK may file a motion to withdraw as counsel and affix a retaining lien and the supporting declaration may be filed under seal.
SO ORDERED.           1/10/2020

*Deborah A. Batts*
Deborah A. Batts
United States District Judge

Very truly yours,

*Dennis A. Lalli*
Dennis A. Lalli

enc.)

161060.1

Attorneys At Law | A Professional Limited Liability Company