UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEB 2 1 2020

Robert Knutson,

        Plaintiff,

    —v—

G2 FMV, LLC, *et al.*,

        Defendants.

14-cv-1694 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On November 14, 2019, this case was referred to Magistrate Judge Fox for a Report and Recommendation on Defendants' motion for summary judgment. Dkt. No. 170. That referral is hereby ORDERED to be withdrawn.

    SO ORDERED.

Dated: February 20, 2020
      New York, New York

                              ALISON J. NATHAN
                             United States District Judge