UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Robert Knutson,

                     Plaintiff,

     -against-                                 14 **CIVIL** 1694 (AJN)

                                             **JUDGMENT**

G2 FMV, LLC, et al.,

                     Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 28, 2020, Defendants' motion for summary judgment is GRANTED. Defense counsel's motion to withdraw is denied as moot; accordingly, this case is closed.

**Dated:** New York, New York

        May 28, 2020

                                                         **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                 **BY:**
                                                           **Deputy Clerk**